MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-2695
   E-mail: jeffrey.b.schenk@usdoj.gov

Attorneys for Plaintiff

FILED

JAN 2 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN GERINGER, CHRISTOPHER LUCK, and KEITH RODE, <br><br> Defendants. | No.   CR 12-00888-DLJ <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 17, 2013 TO FEBRUARY 7, 2013 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |

On January 17, 2013, the parties appeared for a hearing before this Court. At that hearing, the government and defense requested an exclusion of time under the Speedy Trial Act based upon continuity of counsel as well as each defense counsel's need to effectively prepare by reviewing discovery materials provided by the government. At that time, the Court set the matter for a hearing before Judge Lloyd on February 7, 2013.

The parties stipulate that the time between January 17, 2013 and February 7, 2013 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree

1

that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §3161(h)(7)(A).

DATED: January 22, 2013                MELINDA HAAG
                                       United States Attorney


                                       ___/s/_____
                                       Jeff Schenk
                                       Assistant United States Attorney


                                       ___/s/_____
                                       Wm. Michael Whelan
                                       Attorney for Mr. Geringer


                                       ___/s/_____
                                       Jeanne DeKelver
                                       Jahan Raissi
                                       Attorneys for Mr. Luck


                                       ___/s/_____
                                       Mark Arnold
                                       Attorney for Mr. Rode

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between January 17, 2013 and February 7, 2013 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 1/22/13

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

3