BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12-00888 EJD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING EVIDENTIARY AND SENTENCING HEARING DATES |
| v. | |
| JOHN GERINGER, | |
| Defendant. | |

    The United States, through its counsel Jeff Schenk, and defendant John Geringer, through his counsel Eugene Illovsky, hereby stipulate to a continuance of the evidentiary hearing, currently set for August 23, 2017, and the sentencing hearing, currently set for October 25, 2017, in order to allow the parties sufficient time to prepare for the evidentiary hearing.  The government is in the final stages of retaining an expert witness, who will prepare an expert report and be prepared to testify about private company valuations, and specifically about the value of Digital Delivery Networks, Inc.  After the government's expert prepares this report, the defense will need time to review the report, consult with its own expert about the contents of the report, and possibly present follow-up questions to the government's expert.  Unfortunately, the parties will not have this pre-evidentiary hearing work completed in time for the current hearing date.  Therefore, the parties stipulate and jointly request that

the evidentiary hearing and the subsequent re-sentencing date be continued.  The parties jointly propose the following schedule:

1. <u>January 17, 2018</u>: The government will file its expert's report no later than this date.  If the defense chooses to file an expert report, it also must file by this date.
2. <u>February 7, 2018 at 10:00 AM</u>:  Evidentiary Hearing
3. <u>March 14, 2018</u>:  The government and defense will file sentencing papers no later than this date.
4. <u>April 4, 2018 at 10:00 AM</u>: Sentencing Hearing

It is so stipulated.

DATED: July 3, 2017                              BRIAN J. STRETCH
                                                 United States Attorney

                                                 /s/_____
                                                 JEFF SCHENK
                                                 Assistant United States Attorney

DATED: July 3, 2017                              /s/_____
                                                 EUGENE ILLOVSKY
                                                 Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> JOHN GERINGER, </br></br> Defendant. | CASE No. CR-12-00888-EJD </br></br> [PROPOSED] ORDER CONTINUING EVIDENTIARY HEARING AND SENTENCING HEARING |

**<u>ORDER</u>**

For the reasons set forth above in the stipulation between the parties, it is hereby ORDERED that the evidentiary hearing, currently scheduled for August 23, 2017, is continued to February 7, 2018 at 10:00 AM.  It is hereby FURTHER ORDERED that the sentencing hearing, currently scheduled for October 25, 2017, is continued to April 4, 2018 at 10:00 AM.  Finally, the Court adopts the parties' briefing schedule as outlined above.

IT IS SO ORDERED.

DATED:

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE