Matthew J. Jacobs (CA SBN 171149)
mjacobs@velaw.com

Francis M. Yang (CA SBN 313984)
fyang@velaw.com

VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: +1.415.979.6900
Fax: +1.415.651.8786

Attorneys for Defendant
JOHN GERINGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 12-00888-EJD |
|---|---|
| Plaintiff, | **NOTICE OF DEFENDANT'S TIMELY EXPERT REPORT SUBMISSION** |
| v. | |
| JOHN GERINGER, CHRISTOPHER LUCK, and KEITH RODE, | |
| Defendants. | |

1

On March 19, 2018, the Court determined that the Defense's expert, Douglas E. Branch of PwC, would prepare a separate valuation report valuing the GLR Growth Fund's interest in Digital Delivery Networks, Inc.

Defense counsel provides this notice to inform the Court that it has submitted Mr. Branch's report to the Government in a timely manner on June 18.  It has also provided the report to co-defense counsel on the same date.

                                                Respectfully submitted,

                                                VINSON & ELKINS LLP

Dated:  June 18, 2018                          By:  */s/ Matthew J. Jacobs*
                                                     Matthew J. Jacobs
                                                     Attorneys for Defendant
                                                     JOHN GERINGER